■ In the Matter of EDWARD V. CLARK et al., Individually and as Trustees of ROSETON COMMON SCHOOL DISTRICT NO. 5 OF THE TOWN OF NEWBURGH,

ORANGE COUNTY, et al., Petitioners, against JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York and All Other Persons Acting for and on Behalf of said JAMES E. ALLEN, JR., as Commissioner of Education in Connection with the Proposed Consolidation of an Enlarged City School District of the City of Newburgh.— Motion to dismiss on the stated ground that petitioners-appellants have failed to comply with the provisions of a stay order conditioned on their perfecting their appeal and being ready for argument at the present term. Motion denied, without costs, and case added to the calendar at the foot thereof. Respondents may argue the appeal on a typewritten brief, or, if they be so advised, without a brief, supplying the same within 10 days after the argument. Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.